UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LENA FIELDS-ARNOLD,

    Plaintiff,

vs.

CENTRAL STATE UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

Case No. 3:23-cv-134

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE (DOC. NO. 8); (2) DISMISSING AS MOOT DEFENDANT'S MOTION TO DISMISS (DOC. NO. 6); AND (3) TERMINATING THIS CASE ON THE DOCKET**

---

    Upon good cause shown, and absent opposition, Plaintiff's motion to dismiss without prejudice is **GRANTED**. Doc. No. 8; Fed. R. Civ. P. 41(a)(2). Defendant's pending Fed. R. Civ. P. 12(b)(1) motion to dismiss is hereby **DISMISSED AS MOOT**. Doc. No. 6. Thus, the Court **TERMINATES** this case on the docket.

    **IT IS SO ORDERED.**

Date:  November 14, 2023

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge